# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUA VUE, individually and as sucessor in interest to the Deceased, VONG YANG,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF YUBA, a municipal entity; YUBA COUNTY JAIL, a municipal entity; YUBA COUNTY SHERIFF'S DEPARTMENT, a municipal entity; SHERIFF WENDELL ANDERSON, in his individual, and official capacities; CAPTAIN ALLAN GARZA, in his individual, and official capacities; and DOES 1-20 inclusive,<br><br>Defendants. | Case No: 2:21-CV-02222-TLN-KJN<br><br>**ORDER RE JOINT STIPULATION FOR STAY OF PROCEEDINGS IN ORDER TO PROCEED TO MEDIATION**<br><br>Action Filed: December 2, 2021<br>Trial Date:         TBD |

Based on the joint stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that all proceedings, including rebuttal expert disclosures, and all other deadlines and hearings in the matter are stayed to allow the parties to engage in mediation. The stay will be automatically lifted thirty (30) days from the date of the mediation, unless a request for extension is filed with the Court. The parties will apprise the Court of the status of the case by way of Joint Report/Stipulation within 30 days of the mediation date. If the case is not resolved at mediation, Plaintiff will have ten (10) days from the date the Stay is lifted to file and serve rebuttal expert disclosures, and file for leave to amend the Compliant.  The duration of the Stay shall be 30 days following mediation by the parties, or 150 days from the date of this order, whichever is earlier.

**IT IS SO ORDERED.**

Dated: January 13, 2023

Troy L. Nunley
United States District Judge