Neama Rahmani, Esq. (State Bar No. 223819)
Sam N Simantob, Esq. (State Bar No. 312103)
Aryan Behnamjou, Esq. (State Bar No. 330488)
**filings@westcoasttriallawyers.com**
**WEST COAST TRIAL LAWYERS, APLC**
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Kaveh Navab (SBN: 280235)
**navablaw@gmail.com**
**NAVAB LAW, APC**
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone:  310.826.1002

Attorneys for *Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUA VUE, individually and as sucessor in interest to the Deceased, VONG YANG,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF YUBA, a municipal entity; YUBA COUNTY JAIL, a municipal entity; YUBA COUNTY SHERIFF'S DEPARTMENT, a municipal entity; SHERIFF WENDELL ANDERSON, in his individual, and official capacities; CAPTAIN ALLAN GARZA, in his individual, and official capacities; and DOES 1-20 inclusive,<br><br>Defendants. | Case No: 2:21-CV-02222-TLN-KJN<br><br><br>**JOINT REPORT RE STATUS OF THE CASE**<br><br><br>Action Filed: December 2, 2021<br>Trial Date:        TBD |

1
**JOINT REPORT**

*Youa Vue. v. County of Yuba, et al.*                                                                      Sam N. Simantob, Esq.
Case No.:  2:21-CV-02222-TLN-KJN                                                                      Kaveh Navab, Esq.

# JOINT REPORT

**TO THE HONORABLE COURT:**

On January 13, 2023, the parties to this action, Plaintiff, YOUA VUE, individually and as successor in interest to the Deceased, VONG YANG ("Plaintiff") and Defendants the COUNTY OF YUBA, a municipal entity; YUBA COUNTY JAIL, a municipal entity; Yuba COUNTY sheriff's DEPARTMENT, a municipal entity; Sheriff Wendell ANDERSON, in his individual, and official capacities; CAPTAIN ALLAN GARZA, in his individual, and official capacities (herein collectively "Defendants"), filed a stipulation (Dkt. 16) requesting a stay of all proceedings, disclosures, and all other deadlines and hearings in the matter to allow the parties to engage in mediation. On January 13, 2023, the Court issued an order (Dkt. 17) granting the parties request for a stay on all proceedings, and requested that the parties file a joint report within 30 days of the mediation apprising the Court of the status of the case. Additionally, the Court stated that Plaintiff will have 10 days from the lifting of the stay to serve rebuttal expert disclosures and file for leave to amend the Complaint.

After meeting and conferring, on May 5, 2023, the parties and yet to be joined/named party California Forensic Medical Group (hereinafter "Wellpath") engaged in a mediation before Hon. William McCurine, Ret., however, no resolution to case was reached by the parties. As such, the parties are filing the instant joint report.

**Plaintiff's Position:**

Upon the lifting of the stay Plaintiff intends to promptly file for leave to amend the complaint to add California Forensic Medical Group (hereinafter "Wellpath"), a provider of healthcare services at Yuba County Jail, as a Defendant in the instant action. Plaintiff also advised of her intention to add specific Wellpath employees employed at the Yuba County Jail, as well as other County employees

previously identified by Plaintiff to Defendants' counsel. This was based on information determined during written discovery. Plaintiff maintains that Wellpath and certain individual parties are indispensable parties to this matter and will seek leave in the interest of justice. Plaintiff will additionally seek to modify the scheduling order to engage in further fact discovery in the matter.

**Defendants Position**

Per the Court's scheduling order at the beginning of this case, discovery in this matter is closed. As required by the Court's order, Defendants timely disclosed experts. There is no further discovery that should be allowed, and the time to add new parties has passed. Defendants intend to file motions for summary judgment.

Dated: June 5, 2023

          PORTER SCOTT
          A PROFESSIONAL CORPORATION

          *By* _____*/s/ Carl L. Fessenden*___
               Carl L. Fessenden
               Matthew W. Gross
               Attorneys for Defendants

3
**JOINT REPORT**
*Youa Vue. v. County of Yuba, et al.*    Sam N. Simantob, Esq.
Case No.: 2:21-CV-02222-TLN-KJN    Kaveh Navab, Esq.

WEST COAST TRIAL LAWYERS, APLC
NAVAB LAW, APC

Date: June 5, 2023               By: /s/ Kaveh Navab
                                 SAM N. SIMANTOB, ESQ.
                                 KAVEH NAVAB, ESQ
                                 Attorneys for Plaintiff,
                                 YOUA VUE