# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUA VUE, individually and as sucessor in interest to the Deceased, VONG YANG,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF YUBA, a municipal entity; YUBA COUNTY JAIL, a municipal entity; YUBA COUNTY SHERIFF'S DEPARTMENT, a municipal entity; SHERIFF WENDELL ANDERSON, in his individual, and official capacities; CAPTAIN ALLAN GARZA, in his individual, and official capacities; and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No: 2:21-CV-02222-TLN-KJN<br><br>**ORDER RE JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT**<br><br>Action Filed: December 2, 2021<br>Trial Date:　　TBD |

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, YOUA VUE is granted leave to file her Second Amended Complaint for Damages. Defendants' responsive pleading shall be due thirty (30) from the date the Second Amended Complaint for Damages is filed.

*IT IS SO ORDERED.*

Dated: January 29, 2024

_____
Troy L. Nunley
United States District Judge